

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>Joseph Anthony Amaya, Jr.<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CR 13-334<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of __defendant_____, IT IS ORDERED that a detention hearing is set for __6/27/13_____, _____, at __1:00__ ☐a.m. / ☒p.m. before the Honorable __Jacqueline Chooljian_____, in Courtroom __Roybal - 341__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: __6/24/13_____

_____
U.S. District Judge/Magistrate Judge